In the Matter of the Application of JAMES PACE, Respondent, for an Order against GEORGE A. MOWBRAY, Superintendent of Sanitation in Charge of the Garbage, Incinerator and Sewerage Disposal Departments of the Village of Port Chester, New York, WILLIAM BURDELL BANISTER and Others, Members of the Board of Trustees of the Village of Port Chester, New York, THOMAS L. TELESCA, Village Clerk of the Village of Port Chester, New York, and HARRY WUNSCH, Treasurer of the Village of Port Chester, New York, Appellants.— Order granting the motion of petitioner James Pace for an order directing the respondents-appellants, members of the board of trustees of the village of Port Chester, New York, and others, to reinstate him to the position which he formerly held in the village, and to pay petitioner the salary for such position from the date of his discharge to the date of his reinstatement, at the rate fixed and determined by the court after a hearing unless otherwise agreed upon between the parties, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

In the Matter of the Application of KATHARINE S. ROBERTSON, MARY A. SCOTT, FREDERICK SCHUCHARDT, MARGARET LEVERICH, Estate of CATHERINE LEVERICH and Estate of HENRY S. LEVERICH, Appellants, for an Order against HARRIS H. MURDOCK, Chairman, BERNARD A. SAVAGE and Others, Constituting the Board of Standards and Appeals of The City of New York, Respondents.— In a certiorari proceeding to review a determination of the board of standards and appeals denying petitioners' application under section 7, subdivision (h), of the New York City Building Zone Resolution for a temporary permit to use their property as a parking space, order affirming said determination and dismissing the certiorari proceeding unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.